## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HEATHER MARIE MILLER** | ) |
| | ) |
| Plaintiff, | ) |
| | )  **Case No. 12-CV-02275-RDR-KGS** |
| v. | ) |
| | ) |
| **TRANSWORLD SYSTEMS, INC.** | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

 /s/ Paul Croker
Richmond M. Enochs KS #05972
Paul Croker       KS #21627
Wallace, Saunders, Austin, Brown & Enochs, Chartered
10111 W. 87th Street
Overland Park, KS  66212
Telephone: (913) 752-5506
Facsimile: (913) 888-1065

**Attorneys for Defendant,
Transworld Systems, Inc.**

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July 2012, a copy of **Notice of Pending Settlement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

J. Mark Meinhardt
9400 Reeds Road Ste. 210
Overland Park, KS 66207
Telephone: 913-451-9797
Facsimile: 913-451-6163

    /s/ Paul Croker_____
Paul Croker