IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HEATHER MARIE MILLER, | Civil File No. 2:12-cv-02275-RDR-KGS |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| TRANSWORLD SYSTEMS INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Heather Marie Miller, and the defendant, Transworld Systems Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: August 8, 2012

By: /s/J. Mark Meinhardt
J. Mark Meinhardt #20245
9400 Reeds Road, Suite 210
Overland Park, Kansas 66207
Telephone:   (913) 451-9797
Facsimile:   (913) 451-6163
Email:   Mark@MeinhardtLaw.com
ATTORNEY FOR PLAINTIFF

Dated: August 8, 2012

By: /s/Paul M. Corker
Richmond M. Enochs, #05972
Paul M. Croker, #21627
Wallace, Saunders, Austin, Brown & Enochs, Chtd.
10111 West 87th Street
Overland Park, KS 66212
Telephone:   (913) 752-5506
Fax:   (913) 888-1065
Email:   renochs@wallacesaunders.com
ATTORNEY FOR DEFENDANT